# United States District Court
## for the
## Southern District of Mississippi

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 2 6 2006
J T. NOBLIN, CLERK
BY_____DEPUTY

**Name of Offender:** Johnny Spann, Jr.    **Case Number:** 3:04cr123WSu-001

**Name of Sentencing Judicial Officer:** Honorable Henry T. Wingate

**Date of Original Sentence:** December 10, 2004

**Original Offense:** Felon in Possession of a Firearm- 18 U.S.C.§ 922(g)(1) and 924(a)(2)

**Original Sentence:** Thrity-two (32) months imprisonment, with three (3) years TSR

**Type of Supervision:** Supervised Release    **Date Commenced:** 06/20/06

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term years.
[X]  To modify the conditions of supervision as follows:

**(D) The Defendant shall report to inpatient drug treatment at the Clearview Recovery Center, in Mozelle, Mississippi. The defendant is to participate and complete, both Phase I and Phase II of this treatment program. Additionally, the defendant is hereby ordered to report to the Clearview Recovery Center in Mozelle, Mississippi, by 2:00 p.m., on Monday, September 25, 2006, and is to incur the cost of his transportation to this facility. Furthermore, the defendant is notified that failure to report to the treatment center as ordered will result in a warrant being issued for his arrest.**

### CAUSE

Spann violated the above Special Condition which was added as a modification by the Court during a hearing on Friday, September 22, 2006.

Reviewed and Approved by:                    Respectfully submitted,

*Marty Williams*                    by    *Chris K. Whitver*

Marty Williams, Supervising,                Chris K. Whitver
U. S. Probation Officer                     U.S. Probation Officer
Date: September 25, 2006                    Date: September 25, 2006

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*Henry T. Wingate*
Signature of Judicial Officer

Date 9-25-06